IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                        No. 4:09CR00160-01 JLH

STEVEN MCPHERSON                                                                      DEFENDANT

## ORDER

The United States has filed a motion to recall the arrest warrant issued for Steven McPherson on or about March 28, 2013. A review of the docket sheet in this matter reflects that the warrant issued on that date was returned unexecuted on April 17, 2013, a copy which is attached to this Order. The motion to recall warrant is therefore denied as moot. Document #49.

The Clerk is directed to provide a copy of this Order to the United States Marshals Service and the United States Probation Office.

IT IS SO ORDERED this 5th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Steven McPherson** | ) Case No. | 4:09-CR-160 JLH |
| | ) | |
| *Defendant* | ) | |

RECEIVED 13 MAR 28 PM 2:52 U.S. MARSHAL EASTERN ARKANSAS

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS APR 17 2013 JAMES W. McCORMACK, CLERK By: _____ DEP CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*          Steven McPherson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

Supervised Release Violations, as further explained in the attached documents.

Date: March 28, 2013

*Issuing officer's signature*

City and state:   Little Rock, Arkansas        JAMES W. MCCORMACK, CLERK, EASTERN DIST. OF ARKANSAS
*Printed name and title*

---

Returned Unexecuted

This warrant was received on *(date)* 03/28/13, and the person was arrested on *(date)* _____
at *(city and state)* Surrendered to FCI Forrest City as directed by JeC. - D. [signature]

Date: _____
                                               *Arresting officer's signature*

                                               *Printed name and title*